IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CONNIE CURTS, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) Case No. 22-00235-CV-W-GAF |
| EDGEWELL PERSONAL CARE COMPANY et al., | ) ) ) |
| Defendants. | ) ) |

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision of the Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

It is ORDERED that Plaintiff's Motion to Remand is GRANTED and the above-captioned case is REMANDED to the Circuit Court of Jackson County, Missouri for all further proceedings.

Dated:   December 14, 2022         PAIGE WYMORE-WYNN
                                   Clerk of Court

Entered: December 14, 2022         /s/ Lisa Mitchell
                                   (By) Deputy Clerk